1  CLARK COUNTY SCHOOL DISTRICT
   OFFICE OF THE GENERAL COUNSEL
2  S. SCOTT GREENBERG
   Nevada Bar No. 4622
3  5100 W. Sahara Ave.
   Las Vegas, Nevada 89146
4  (702) 799-5373
   Email: greens2@nv.ccsd.net
5  Attorney for Defendant,
   CLARK COUNTY SCHOOL DISTRICT

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JAMES W. LESCINSKY,<br><br>    Plaintiff,<br><br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT, a political subdivision of the State of Nevada, PAT SKORKOWSKY, individually and in his official capacity as Superintendent of Clark County School District, TAMMY MALICH, individually and in her capacity as Assistant Superintendent of Clark County School District, MIKE BARTON, individually and in his official capacity as Chief Academic Officer of Clark County School District, CLARK COUNTY SCHOOL DISTRICT POLICE DEPARTMENT, A political subdivision of the State of Nevada, JAMES KETSAA, individually and in his capacity as Chief of Police for Clark County School District Police Department, CHRISTOPHER KLEMP, individually and in his role as a Internal Affairs Detective for Clark County School District Police Department, KENNETH YOUNG, individually and in his official capacity as a Police captain for the Clark County School District Police Department, ROE and DOE SUPERVISORS, not yet known,<br><br>    Defendants. | CASE NO.<br>2:18-CV-01479-JAD-CWH<br><br>**STIPULATION TO EXTEND DATE TO RESPOND TO COMPLAINT**<br><br>(First Request) |

COME NOW, the parties and hereby stipulate and agree that served Defendants, Clark County School District, Skorkowsky, Malich,

Barton, CCSDPD, Ketsa, Klemp and Young, will have up to and including October 11, 2018, to respond to the complaint. The served Defendants were served at different times such that responses are currently due October 1st and 2nd. This is the first request to extend the response deadline for the served Defendants. This short extension of less than two weeks is being requested due to the number of defendants and claims involved and counsel's schedule over the next two weeks which includes a class action labor arbitration brief due and work on a Ninth Circuit answering brief.

Therefore, it is respectfully requested that these served Defendants be allowed up to October 11, 2018, to respond to the complaint.

DATED this 25th day of October, 2018.

| CLARK COUNTY SCHOOL DISTRICT | THE GRIMES LAW OFFICE |
| Office of the General Counsel | |
| | |
| By: /s/ S. Scott Greenberg | By: /s/ Melvin R. Grimes |
| S. SCOTT GREENBERG | MELVIN R. GRIMES |
| Nevada Bar No. 4622 | Nevada Bar No. 12972 |
| 5100 W. Sahara Ave. | 808 S. 7th Street |
| Las Vegas, Nevada 89146 | Las Vegas, NV 89101 |
| (702) 799-5373 | (702) 347-4357 |
| Attorney for Defendant CCSD | Attorney for Plaintiff |

**IT IS SO ORDERED:**

Date: October 3, 2018

_____
U.S. MAGISTRATE JUDGE

- 2 -