MELVIN R. GRIMES, ESQ.
Nevada Bar No: 12972
Melg@grimes-law.com
THE GRIMES LAW OFFICE
808 South 7th Street
Las Vegas, NV 89101
p: (702) 347-4357
f: (702) 224-2160
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| JAMES W. LESCINSKY<br>    Plaintiff,<br><br>vs.<br><br>CLARK COUNTY SCHOOL DISTRICT, A political subdivision of the State of Nevada, PAT SKORKOWSKY, individually and in his official capacity as Superintendent of Clark County School District, TAMMY MALICH, individually and in her capacity as Assistant Superintendent of Clark County School District, MIKE BARTON, individually and in his official capacity as Chief Academic Officer of Clark County School District, CLARK COUNTY SCHOOL DISTRICT POLICE DEPARTMENT, A political subdivision of the State of Nevada, JAMES KETSAA, individually and in his capacity as Chief of Police for Clark County School District Police Department, CHRISTOPHER KLEMP, individually and in his role as a Internal Affairs Detective for Clark County School District Police Department, KENNETH YOUNG, individually and in his official capacity as a Police Captain for the Clark County School District Police Department, ROE and DOE SUPERVISORS, not yet known,<br>    Defendants. | CASE NO:<br>2:18-CV-01479-JAD-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**<br><br>ECF No. 15 |

COMES NOW Plaintiff, JAMES LESCINSKY, by and through his attorney of record MELVIN R. GRIMES, ESQ. of THE GRIMES LAW OFFICE, Defendants, CLARK COUNTY SCHOOL DISTRICT, SKORKOWSKY, MALICH, BARTON, CLARK COUNTY SCHOOL DISTRICT POLICE DEPARTMENT, KETSAA, and YOUNG by and through their attorney of

Page 1 of 4

record, S. SCOTT GREENBERG ESQ., Senior Assistant General Counsel, Clark County School District, and Defendant, CHRISTOPHER KLEMP, by and through his Attorney of Record, MARK E. FERRARIO, ESQ. of GREENBERG TRAURIG, and hereby stipulate and make joint application to extend the time for Plaintiff to file an Opposition to Defendant's Motion to Dismiss.

1. On October 10th 2018, the Defendants, CCSD, Skorkowsky, Malich, Barton, CCSDPD, Ketsaa, and Young, by and through their attorney of record, S. Scott Greenberg, Esq., filed a Motion to Dismiss.

2. On October 11th 2018, the Defendant, Christopher Klemp, by and through his attorney of record, Mark E. Ferrrario, filed Defendant Christopher Klemp's Motion to Dismiss and Joinder to CCSD's Motion to Dismiss on October 11th 2018

3. The current due date for Plaintiff's Opposition to Motion to Dismiss and Plaintiff's Motion to Dismiss and joinder to CCSD's Motion to Dismiss is October 25th 2018.

4. Attorney Grimes has a criminal trial in the Eighth Judicial District Court set for October 29-November 2nd 2018 for which he must prepare for. As such, Counsel will be unable to prepare and file Plaintiff's Opposition before the current due date

5. On October 24th 2018, Attorney Greenberg agreed to extend the due date for Plaintiff's Opposition to Plaintiff's Motion to Dismiss by (10) days to November 3rd 2018. On October 25th 2018, Attorney Hendricks agreed to extend the due date for Plaintiff's Opposition to Defendant Christopher Klemp's Motion to Dismiss and Joinder to CCSD's Motion to Dismiss.

//
//
//
//
//
//
//
//
//

6. This is the first request for enlargement of time and it is made in good faith and not for purposes of delay.

| | |
|---|---|
| **THE GRIMES LAW OFFICE** | **CLARK COUNTY SCHOOL DISTRICT- OFFICE OF THE GENERAL COUNSEL** |

/s/ Melvin R. Grimes
Melvin R. Grimes, Esq.
Nevada Bar No.: 12972
808 S 7th Street
Las Vegas, NV 89101
Phone: (702)347-4357
*Attorney for the Plaintiff*

**GREENBERG TRAURIG**

/s/ Kara Hendricks
Mark E. Ferrario, Esq.
Nevada Bar No.: 1625
Kara Hendricks, Esq.
Nevada Bar No.:7743
Bethany Rabe, Esq.
Nevada Bar No.: 11691
10845 Griffith Peak Drive Ste. 600
Las Vegas, NV 89135
Phone: (702) 792-3773
*Attorneys for Christopher Klemp*

/s/ S. Scott Greenberg
S. Scott Greenberg, Esq.
Nevada Bar No.: 4622
5100 W. Sahara Avenue
Las Vegas, NV 89146
Phone: (702)799-5373
*Attorney for CCSD, Skorkowsky, Malich, Barton, CCSDPD, Ketsaa, and Young*

**IT IS SO ORDERED.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: October 25, 2018