CLARK COUNTY SCHOOL DISTRICT
OFFICE OF THE GENERAL COUNSEL
S. SCOTT GREENBERG
Nevada Bar No. 4622
5100 W. Sahara Ave.
Las Vegas, Nevada 89146
(702) 799-5373
Email: greens2@nv.ccsd.net
Attorney for Defendants CCSD, CCSDPD
Skorkowsky, Malich, Barton, Ketsa and
Young

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JAMES W. LESCINSKY,<br><br>        Plaintiff,<br><br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT, a<br>political subdivision of the<br>State of Nevada, et al.<br><br>        Defendants. | CASE NO.<br>2:18-CV-01479-JAD-CWH<br><br><br>**STIPULATION TO EXTEND DATE TO<br>FILE REPLY IN SUPPORT OF MOTION<br>TO DISMISS**<br><br>(First Request) |

COME NOW the parties, by their counsel of record, and hereby stipulate and agree that Defendants CCSD, CCSDPD, Skorkowsky, Malich, Barton, Ketsa and Young may have up to and including November 19, 2018, to file the reply in support of their motion to dismiss. The opposition was filed November 3rd and the reply is currently due November 13th. This is the first request to extend the reply deadline. This short extension of less than one week is being requested in good faith because of defense counsel's other work commitments during the week of November 5th and the intervening Veteran's Day holiday. Plaintiff's lawsuit alleges numerous federal and state law claims and this short extension is to allow defense counsel to finalize the reply brief.

1    Therefore, it is respectfully requested that Defendants be

2 allowed up to November 19, 2018, to file the reply brief for their

3 motion to dismiss.

4    DATED this 9th day of November, 2018.

5
CLARK COUNTY SCHOOL DISTRICT          THE GRIMES LAW OFFICE
6 Office of the General Counsel

7 By:   /s/ S. Scott Greenberg          By:/s/ Melvin R. Grimes
       S. SCOTT GREENBERG                   MELVIN R. GRIMES
8      Nevada Bar No. 4622                  Nevada Bar No. 12972
       5100 W. Sahara Ave.                  808 S. 7th Street
9      Las Vegas, Nevada 89146             Las Vegas, NV 89101
       (702) 799-5373                       (702) 347-4357
10     Attorney for Defendant CCSD          Attorney for Plaintiff

11
GREENBERG TRAURIG, LLP
12
By: /s/s Kara B. Hendricks
13     KARA B. HENDRICKS
       Nevada Bar No. 7743
14     10845 Griffith Peak Drive
       Ste. 600
15     Las Vegas, NV 89135
       Attorneys for Defendant Klemp
16

17

18

19 **IT IS SO ORDERED:**

20

21     _____

22     UNITED STATES DISTRICT JUDGE
       Dated: November 14, 2018.

23

24

25

26

27

28

- 2 -