# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

JAMES W. LESCINSKY,

    Plaintiff,

vs.

CLARK COUNTY SCHOOL DISTRICT, *et al.*,

    Defendants.

2:18-cv-01479-JAD-CWH

**ORDER**

    Before the court is the Motion to Exempt Individual Defendants from the ENE Conference (ECF No. 23).

    Accordingly,

    IT IS HEREBY ORDERED that any opposition to the Motion to Exempt Individual Defendants from the ENE Conference (ECF No. 23) must be filed on or before November 23, 2018.

    DATED this 16th day of November, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE