# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

JAMES W. LESCINSKY,

    Plaintiff,

vs.

CLARK COUNTY SCHOOL DISTRICT, *et al.*,

    Defendants.

2:18-cv-01479-JAD-CWH

**ORDER**

Before the court is the Motion to Excuse the Attendance of Defendant Christopher Klemp from the December 3, 2018 Early Neutral Evaluation Conference (ECF No. 24).

Accordingly,

IT IS HEREBY ORDERED that any opposition to the Motion to Excuse the Attendance of Defendant Christopher Klemp from the December 3, 2018 Early Neutral Evaluation Conference (ECF No. 24) must be filed on or before November 26, 2018.

DATED this 19th day of November, 2018.

    CAM FERENBACH
    UNITED STATES MAGISTRATE JUDGE