# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

JAMES W. LESCINSKY,

    Plaintiff,

vs.

CLARK COUNTY SCHOOL DISTRICT, *et al.*,

    Defendants.

2:18-cv-01479-JAD-CWH

**ORDER**

    Before the court are the Motion to Exempt Individual Defendants from the ENE Conference (ECF No. 23) and the Motion to Excuse the Attendance of Defendant Christopher Klemp from the December 3, 2018 Early Neutral Evaluation Conference (ECF No. 24).

    Pursuant to LR 7-2(d), the failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion. No opposition has been filed and the time to oppose has passed. Sufficient reasons have been given to grant the instant motions.

    Accordingly,

    IT IS HEREBY ORDERED that the Motion to Exempt Individual Defendants from the ENE Conference (ECF No. 23) and the Motion to Excuse the Attendance of Defendant Christopher Klemp from the December 3, 2018 Early Neutral Evaluation Conference (ECF No. 24) are GRANTED.

    Defendants Skorkowsky, Malich, Barton, Ketsa, Young, and Klemp are excused from attending the Early Neutral Evaluation Conference.

    DATED this 27th day of November, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE