MELVIN R. GRIMES, ESQ.
Nevada Bar No: 12972
Melg@grimes-law.com
THE GRIMES LAW OFFICE
808 South 7th Street
Las Vegas, NV 89101
p: (702) 347-4357
f: (702) 224-2160
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| JAMES W. LESCINSKY<br>　　　　Plaintiff,<br><br>vs.<br><br>CLARK COUNTY SCHOOL DISTRICT, A political subdivision of the State of Nevada, PAT SKORKOWSKY, individually and in his official capacity as Superintendent of Clark County School District, TAMMY MALICH, individually and in her capacity as Assistant Superintendent of Clark County School District, MIKE BARTON, individually and in his official capacity as Chief Academic Officer of Clark County School District, CLARK COUNTY SCHOOL DISTRICT POLICE DEPARTMENT, A political subdivision of the State of Nevada, JAMES KETSAA, individually and in his capacity as Chief of Police for Clark County School District Police Department, CHRISTOPHER KLEMP, individually and in his role as a Internal Affairs Detective for Clark County School District Police Department, KENNETH YOUNG, individually and in his official capacity as a Police Captain for the Clark County School District Police Department, ROE and DOE SUPERVISORS, not yet known,<br>　　　　Defendants. | CASE NO:<br>2:18-CV-01479-JAD-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE PLAINTIFF'S OPPOSITION TO DEFENDANT CHRISTOPHER KLEMP'S SPECIAL MOTION TO DISMISS PURSUANT TO NRS 41.660 (NEVADA'S ANTI-SLAPP STATUTE)**<br><br>**(Second Request)** |

COMES NOW Plaintiff, JAMES LESCINSKY, by and through his attorney of record MELVIN R. GRIMES, ESQ. of THE GRIMES LAW OFFICE, and Defendant, CHRISTOPHER KLEMP, by and through his Attorneys of Record, MARK E. FERRARIO, ESQ., KARA HENDRICKS ESQ., and BETHANY L. RABE ESQ. of GREENBERG TRAURIG, and hereby

Page 1 of 4

stipulate and make joint application to extend the time for Plaintiff to file an Opposition to Defendant's Motion to Dismiss.

1. On November 9th 2018, the Defendant, Christopher Klemp, by and through his attorneys of record, Mark E. Ferrario, Esq., Kara Hendricks Esq., And Bethany L. Rabe Esq. filed a Special Motion to Dismiss Pursuant to NRS 41.660.
2. On November 15th 2018, Attorney Hendricks agreed to extend the due date for *Plaintiff's Opposition to Plaintiff's Motion to Dismiss* to December 3rd 2018.
3. On November 20th 2018, Counsel filed the *Plaintiff's First Stipulation for Extension of Time to File Plaintiff's Opposition to Defendant Christopher Klemp's Special Motion to Dismiss*.
4. On November 21st 2018, this Court entered an *Order Granting Plaintiff's First Stipulation for Extension of Time to File Plaintiff's Opposition to Defendant Christopher Klemp's Special Motion to Dismiss*, allowing Counsel until December 3rd 2018 to file the Plaintiff's Opposition.
5. On December 3rd 2018, the Parties met for an Early Neutral Evaluation Session before Magistrate Judge Cam Ferenbach.
6. Counsel will be unable to complete *Plaintiff's Opposition to Defendant Christopher Klemp's Special Motion to Dismiss* by the current due date, December 3rd 2018. Counsel requested by e-mail to Mark E. Ferrario, Esq., Kara Hendricks Esq., And Bethany L. Rabe Esq. for a second extension of time to file *Plaintiff's Opposition to Defendant Christopher Klemp's Special Motion to Dismiss* on December 3, 2018.
7. On December 3rd, Attorney Kara Hendricks agreed to extend the due date for *Plaintiff's Opposition to Plaintiff's Motion to Dismiss* to December 5th 2018.

//
//
//
//
//
//

8. This is the Second request for enlargement of time and it is made in good faith and not for purposes of delay.

**THE GRIMES LAW OFFICE**

/s/ Melvin R. Grimes
Melvin R. Grimes, Esq.
Nevada Bar No.: 12972
808 S 7th Street
Las Vegas, NV 89101
Phone: (702)347-4357
*Attorney for the Plaintiff*

**GREENBERG TAURIG**

/s/ Kara Hendricks
Mark E. Ferrario, Esq.
Nevada Bar No.: 1625
Kara Hendricks, Esq.
Nevada Bar No.:7743
Bethany Rabe, Esq.
Nevada Bar No.: 11691
10845 Griffith Peak Drive Ste. 600
Las Vegas, NV 89135
Phone: (702) 792-3773
*Attorneys for Christopher Klemp*

**ORDER**

IT IS SO ORDERED this 4th day of December, 2018 that the parties' extension of time for the Plaintiff to file their Opposition to Defendant Christopher Kemp's Special Motion to Dismiss Pursuant to NRS 41.660 is hereby granted.

_____
HON. JENNIFER DORSEY
United States District Judge

*Respectfully Submitted by:*
THE GRIMES LAW OFFICE

/s/ Melvin R. Grimes
Melvin R. Grimes, Esq.
Nevada Bar No.: 12972
808 S 7th Street
Las Vegas, NV 89101
Phone: (702)347-4357
*Attorney for the Plaintiff*